UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEANNE NICKERSON,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

      Defendant.

Civil Action No. 09-cv-714

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: _____
_____
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: 12/31/09
_____
Michael Del Valle, Esq.
Sessions, Fishman, Nathan & Israel, ~~LLP of New York~~ of New York, LLC
*Attorneys for Defendant*
130 John Muir Drive, Suite 106
Amherst, New York 14228
Phone: (716) 625-7492